# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                    4:07CR00317-03

**BILLY DILDINE**

## ORDER

The government has filed a notification of death of defendant, docket # 688, and Defendant's counsel has filed a suggestion of death, docket # 631. Defendant Dildine was sentenced to a 37 month sentence on October 29, 2008. Defendant passed away on August 8, 2009. Death having been suggested upon the record, the action is hereby dismissed as to the deceased party.

IT IS SO ORDERED this 29th day of October, 2009.

_____
James M. Moody
United States District Judge